Leonora UBALDE, Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE, Respondent.

No. 00–70517.

INS No. A40–468–041.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2002 *.

Decided Jan. 24, 2002.

Before KLEINFELD, HAWKINS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Leonora Ubalde, a native and citizen of the Philippines, petitions for review of a final decision of the Board of Immigration Appeals ("BIA") finding her statutorily ineligible for suspension of deportation. Because the transitional rules apply, *see Kalaw v. INS,* 133 F.3d 1147, 1150 (9th Cir. 1997), this court has jurisdiction under 8 U.S.C. § 1105a(a). We deny the petition for review because Ubalde's arguments challenging the application of the stop-time rule are foreclosed by our decision in *Ram v. INS,* 243 F.3d 510, 518–19 (9th Cir. 2001).

PETITION DENIED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

